FILED
CLERK, U.S. DISTRICT COURT
09/02/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ANUJ MAHENDRABHAI PATEL,<br>  aka "Mike" and<br>     "Indio,"<br>ELMER MIRANDA BARRIOS,<br>  aka "Elver DeLeon,"<br>     "Luis Fernando,"<br>     "Joe Rodriguez,"<br>     "Welbin Raul Mejia,"<br>     "Raul Cordava,"<br>     "Victor Efrain DePaz,"<br>     "Guilmar Escobar Guzman,"<br>     "Ramirez Hamashiach," and<br>     "Gil Rodolfo," and<br>WILLIAM MARGARITO BARRIOS,<br><br>      Defendants. | ED CR No. 5:20-cr-00162-ODW<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 1349: Conspiracy to Commit Mail Fraud and Wire Fraud; 8 U.S.C. § 1326(a): Illegal Alien Found in the United States Following Deportation; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

///

///

///

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. § 1349]

[ALL DEFENDANTS]

A. <u>OBJECTS OF THE CONSPIRACY</u>

1. Beginning in or before April 2019, and continuing until at least March 6, 2020, in Riverside and Los Angeles Counties, within the Central District of California, and elsewhere, defendants ANUJ MAHENDRABHAI PATEL, also known as ("aka") "Mike" and "Indio," ELMER MIRANDA BARRIOS, aka "Elver DeLeon," "Luis Fernando," "Joe Rodriguez," "Welbin Raul Mejia," "Raul Cordava," "Victor Efrain DePaz," "Guilmar Escobar Guzman," "Ramirez Hamashiach," and "Gil Rodolfo" ("MIRANDA"), and WILLIAM MARGARITO BARRIOS ("BARRIOS"), knowingly and with intent to defraud, conspired with others known and unknown to the Grand Jury to commit mail fraud, in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18, United States Code, Section 1343.

B. <u>MANNER AND MEANS OF THE CONSPIRACY</u>

2. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

    a. Co-conspirators induced the victims to send money to defendants PATEL, MIRANDA, and BARRIOS by falsely representing, among other things, that:

        i. The co-conspirators were federal government employees or law enforcement officers.

        ii. The victims' identities and assets were in jeopardy and the victims needed to protect their assets by sending cash to the addresses the co-conspirators provided and needed to

1  address the parcels filled with cash to aliases used by defendants
2  MIRANDA and BARRIOS, and other co-conspirators.
3              iii. Courts had issued warrants for the victims to be
4  arrested and in order to resolve the pending warrants, the victims
5  needed to send cash to the addresses the co-conspirators provided and
6  needed to address the parcels filled with cash to aliases used by
7  defendants MIRANDA and BARRIOS, and other co-conspirators.
8              iv.  The victims were not permitted to discuss the co-
9  conspirators' calls with anyone because the calls were made as part
10 of ongoing government investigations.
11         b.   Co-conspirators, in connection with and through the
12 conduct of telemarketing, victimized vulnerable persons over the age
13 of 55 and targeted vulnerable persons over the age of 55.
14         c.   In furtherance of their false representations that the
15 co-coconspirators were federal government employees or law
16 enforcement officers, co-conspirators provided victims with
17 fraudulent case numbers, fraudulent badge numbers, and photographs of
18 fraudulent law enforcement credentials, and co-conspirators used
19 caller identification fabrication technology to make it appear as
20 though they were calling from legitimate government phone numbers.
21         d.   Defendants PATEL, MIRANDA, and BARRIOS, and other co-
22 conspirators, engaged in the following fraudulent and deceptive acts,
23 practices, devices, and made the following material omissions:
24              i.   Defendants MIRANDA and BARRIOS, and other co-
25 schemers, would use fraudulent identification documents to retrieve
26 parcels filled with cash sent by the victims.
27
28

    ii. Defendants MIRANDA and BARRIOS, and other co-conspirators who received parcels would then deliver the parcels filled with cash to defendant PATEL.

    iii. Defendant PATEL would keep a portion of the cash from the parcels and share proceeds from the conspiracy with defendants MIRANDA and BARRIOS, and other co-conspirators.

C. OVERT ACTS

  3. In furtherance of the conspiracy, and to accomplish its objects, on or about the following dates, defendants PATEL, MIRANDA, and BARRIOS, and other co-conspirators known and unknown to the Grand Jury, committed, and willfully caused others to commit various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

  <u>Overt Act No. 1</u>: On or about July 16, 2019, defendant MIRANDA used a fraudulent identification card in the name of "Elver De Leon" to obtain FedEx parcel with tracking number 7884 6275 6524 containing approximately $15,000 from R.W., a 72-year-old victim, addressed to "Elver De Leon" in Murrieta, California.

  <u>Overt Act No. 2</u>: On or about July 16, 2019, defendant PATEL tracked the delivery status of the FedEx parcel with tracking number 7884 6275 6524 on the FedEx website using his cellphone.

  <u>Overt Act No. 3</u>: On or about August 22, 2019, defendant MIRANDA used a fraudulent identification card in the name of "Welbin Raul Mejia" to obtain a FedEx parcel with tracking number 7892 8491 6716 containing approximately $11,000 from C.A., a 70-year-old victim, addressed to "Welbin Raul Mejia" in Murrieta, California.

<u>Overt Act No. 4</u>:   On or about August 22, 2019, defendant PATEL tracked the delivery status of the FedEx parcel with tracking number 7892 8491 6716 on the FedEx website using his cellphone.

<u>Overt Act No. 5</u>:   On or about August 23, 2019, defendant MIRANDA used a fraudulent identification card in the name of "Luis Fernando" and attempted to retrieve a FedEx parcel with tracking number 7893 0501 7400 containing approximately $11,000 from victim C.A., a 70-year-old victim, addressed to "Luis Fernando" in Murrieta, California.

<u>Overt Act No. 6</u>:   On or about August 23, 2019, defendant PATEL tracked the delivery status of the FedEx parcel with tracking number 7893 0501 7400 on the FedEx website using his cellphone.

<u>Overt Act No. 7</u>:   On or about August 23, 2019, defendant MIRANDA used a fraudulent identification card in the name of "Welbin Raul Mejia" and attempted to retrieve a FedEx parcel with tracking number 7893 2060 4782 containing approximately $19,500 from M.T., a 69-year-old victim, addressed to "Welbin Raul Mejia" in Murrieta, California.

<u>Overt Act No. 8</u>:   On or about August 23, 2019, defendant MIRANDA used a fraudulent identification card in the name of "Luis Fernando" and attempted to retrieve a FedEx parcel with tracking number 4903 1892 5475 containing approximately $10,000 from D.R., a 71-year-old victim, addressed to "Louis Fernando" in Murrieta, California.

<u>Overt Act No. 9</u>:   On or about August 23, 2019, defendant PATEL tracked the delivery status of the FedEx parcel with tracking number 4903 1892 5475 on the FedEx website using his cellphone.

<u>Overt Act No. 10</u>: On or about August 23, 2019, in an effort to protect co-conspirators, defendant MIRANDA lied during an interview with law enforcement officers and stated he delivered the parcels he retrieved to a park in Lake Elsinore, California, and had never met the co-conspirators with whom he was working.

<u>Overt Act No. 11</u>: On or about September 19, 2019, defendant MIRANDA used a fraudulent identification card in the name of "Joe Rodriguez" to retrieve a FedEx parcel with tracking number 7898 8467 5194 containing approximately $60,000 from J.L., a 71-year-old victim, addressed to "Joe Rodriguez" in Covina, California.

<u>Overt Act No. 12</u>: On or about September 19, 2019, in an effort to protect co-conspirators, defendant MIRANDA lied during an interview with law enforcement officers and stated he delivered the parcels he retrieved to a tree in Lake Elsinore, California, and had never met the co-conspirators with whom he was working.

<u>Overt Act No. 13</u>: On or about October 18, 2019, defendant BARRIOS possessed a FedEx parcel with tracking number 7803 3758 3918, which was sent containing approximately $106,920 from M.F., a 66-year-old victim, addressed to "Raul Ismael Lopez" in Riverside, California.

<u>Overt Act No. 14</u>: On or about October 18, 2019, defendant BARRIOS possessed three FedEx tracking numbers in addition to the FedEx parcel with tracking number 7803 3758 3918.

<u>Overt Act No. 15</u>: On or about October 18, 2019, defendant PATEL tracked the delivery status of the FedEx parcel with tracking number 7803 3758 3918 on the FedEx website using his cellphone.

<u>Overt Act No. 16</u>: On or about October 18, 2019, in an effort to protect co-conspirators, defendant BARRIOS lied during an

6

interview with law enforcement officers and stated he delivered parcels he retrieved to a park in Lake Elsinore, California, and had never met co-conspirators with whom he was working.

<u>Overt Act No. 17</u>:  On or about November 16, 2019, Co-conspirator A used a fraudulent identification card in the name of "Marvin Cruz Lopez" and attempted to retrieve a FedEx parcel with tracking number 7780 6140 0536 containing approximately $15,000 from P.D., a 73-year-old victim, addressed to "Marvin Cruz Lopez" in Escondido, California.

<u>Overt Act No. 18</u>:  On or about November 16, 2019, Co-conspirator A used a fraudulent identification card in the name of "Marvin Cruz Lopez" and attempted to retrieve a FedEx parcel with tracking number 7780 7145 2100 containing approximately $40,000 from G.M., a 73-year-old victim, addressed to "Marvin Cruz Lopez" in Escondido, California.

<u>Overt Act No. 19</u>:  On or about November 16, 2019, defendant PATEL tracked the delivery status of the FedEx parcel with tracking number 7780 7145 2100 on the FedEx website using his cellphone.

<u>Overt Act No. 20</u>:  On or about December 6, 2019, Co-conspirator B obtained a FedEx parcel with tracking number 7786 0499 4100, which was sent containing approximately $49,000 and 98 gift cards from E.M., a 65-year-old victim, addressed to "Megan Coronado" in Lake Elsinore, California.

<u>Overt Act No. 21</u>:  On or about December 6, 2019, defendant PATEL tracked the delivery status of the FedEx parcel with tracking number 7786 0499 4100 on the FedEx website using his cellphone.

<u>Overt Act No. 22</u>:  On or about December 6, 2019, defendant MIRANDA transported Co-conspirator B to the liquor store defendant

PATEL operated, and Co-conspirator B delivered the FedEx parcel with tracking number 7786 0499 4100 to defendant PATEL.

Overt Act No. 23:   On or about December 17, 2019, defendant PATEL received a UPS parcel with tracking number 1Z 8FF 661 24 9049 8897 containing approximately $9,000 from W.H., a 65-year-old victim, addressed to "Alexis Duran" in Oceanside, California.

Overt Act No. 24:   On or about December 17, 2019, defendant PATEL received a FedEx parcel with tracking number 7789 7620 4934 containing approximately $60,000 from M.S., a 50-year-old victim, addressed to "Nicole Paton" in Carlsbad, California.

Overt Act No. 25:   On or about December 19, 2019, defendant PATEL received a UPS parcel with tracking number 1Z 309 0Y5 29 8922 4453 containing approximately $45,000 from A.F., a 70-year-old victim, addressed to "Shawna Hayes" in Hemet, California.

Overt Act No. 26:   On or about January 9, 2020, defendant PATEL received a UPS parcel with tracking number 1Z A4X 573 24 7779 5010 containing at least $10,000 from T.R., a 44-year-old victim, addressed to "Ashley Green" in Corona, California.

Overt Act No. 27:   On or about February 12, 2020, defendant MIRANDA received a FedEx parcel with tracking number 3902 9058 1990 containing approximately $30,000 from R.G., a 73-year-old victim, addressed to "Raul Cordava" in Lake Elsinore, California.

Overt Act No. 28:   On or about February 13, 2020, defendant PATEL received a UPS parcel with tracking number 1Z 58F 489 24 1381 3224 containing $10,000 from G.L., an 82-year-old victim, addressed to "Victor Efrain DePaz" in Hemet, California.

Overt Act No. 29:   On or about February 14, 2020, defendant PATEL received a UPS parcel with tracking number 1Z 377 E96 24 7831

1648 containing approximately $10,000 from G.L., an 82-year-old victim, addressed to "Victor Efrain DePaz" in Hemet, California.

<u>Overt Act No. 30</u>:  On or about February 25, 2020, defendant PATEL received a FedEx parcel with tracking number 3906 2664 2267 containing approximately $40,000 from victim J.S. addressed to "Alex Lopez" in Lake Elsinore, California.

<u>Overt Act No. 31</u>:  On or about March 6, 2020, defendant PATEL possessed three fraudulent Arizona Driver's Licenses bearing defendant MIRANDA's image but in the names "Guilmar Escobar Guzman," "Ramirez Hamashiach," and "Gil Rodolfo."

COUNT TWO

[8 U.S.C. § 1326(a)]

[DEFENDANT BARRIOS]

On or about June 21, 2019, defendant WILLIAM MARGARITO BARRIOS, an alien, who had been officially deported and removed from the United States on or about November 29, 2006, was found in Orange County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of Count One of this Indictment.

2. The defendants, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to any of the offenses, including but not limited to:

    i. $29,853 in U.S. Currency seized from defendant PATEL's residence in Lake Elsinore, CA on March 6, 2020;

    ii. 4 Money Orders totaling $2,650 seized from defendant PATEL's residence in Lake Elsinore, CA on March 6, 2020;

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendants, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendants, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been

1 | transferred, sold to, or deposited with a third party; (c) has been
2 | placed beyond the jurisdiction of the court; (d) has been
3 | substantially diminished in value; or (e) has been commingled with
4 | other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON S. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

PETER DAHLQUIST
Assistant United States Attorney
Riverside Branch Office